# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA GARCIA HERNANDEZ, | ) |
| Plaintiffs, | ) Case No. 2:14-cv-01493-JCM-CWH |
| vs. | ) **ORDER** |
| CASE PETER VANVEEN, et al., | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Seal (#37), filed March 13, 2015. Plaintiff seeks to seal an exhibit attached to its motion for sanctions (#36) because it contains a personal identifier that should have been redacted. The Court agrees, but will require Plaintiff to submit a properly redacted exhibit rather than seal the exhibit entirely. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal (#37) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff shall file a properly redacted exhibit by **Friday, March 20, 2015**.

**IT IS FURTHER ORDERED** that the Clerk shall **strike** docket entry (#38).

DATED: March 17, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**