# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA GARCIA HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cv-01493-JCM-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CASE PETER VANVEEN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Presently before the Court is Defendants' Motion to Seal Exhibit Filed at Document 76 (Doc. #79), filed on July 13, 2015. Defendants state they failed to redact Plaintiff Marcia Garcia Hernandez's birth date from Exhibit A to Defendants' Emergency Motion to Extend Discovery Deadlines (Doc. #76). Defendants therefore request that the Court seal Defendants' Emergency Motion to Extend Discovery Deadlines in its entirety.

Subject to certain exemptions, Federal Rule of Civil Procedure 5.2 requires parties to redact filings that contain "an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number." Similarly, United States District Court, District of Nevada Special Order No. 108 provides that "parties shall refrain from including, or shall partially redact" social security numbers, names of minor children, dates of birth, financial account numbers, and home addresses. To protect Plaintiff's personal identification information, the Court will order the Clerk of Court to seal Defendants' Emergency Motion to Extend Discovery Deadlines (Doc. #76). However, the Court also will require Defendants to file a redacted copy of their Emergency Motion to Extend Discovery Deadlines (Doc. #76) for the public record.

IT IS THEREFORE ORDERED that Defendants' Motion to Seal Exhibit Filed at Document 76 (Doc. #79) is GRANTED.

/ / /

IT IS FURTHER ORDERED that the Clerk of Court shall seal Defendants' Emergency Motion to Extend Discovery Deadlines (Doc. #76) in its entirety.

IT IS FURTHER ORDERED that Defendants' counsel shall re-file the entire Emergency Motion to Extend Discovery Deadlines (Doc. #76), including all exhibits, with appropriate redactions to all exhibits per Federal Rule of Civil Procedure 5.2 and Special Order No. 108, for the public record within seven (7) days from the date of this Order.

DATED: July 29, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**