# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARIA GARCIA HERNANDEZ,                     )
)
          Plaintiff,               )          Case No.  2:14-cv-01493-JCM-CWH
)
vs.                                          )          **ORDER**
)
CASE PETER VANVEEN, et al.,                  )
)
          Defendants.              )
_____)

Presently before the court is the parties' stipulation (ECF No. 121) requesting that this case be referred for a settlement conference.  Also before the court is the parties' stipulation (ECF No. 119) to extend discovery.

IT IS ORDERED that parties' stipulation (ECF No. 121) requesting a settlement conference is GRANTED.  This matter referred to the Honorable Robert A. McQuaid Jr. for the limited purpose of conducting a settlement conference.  The parties are instructed to jointly contact Heidi Jordan at 775-686-5858 to schedule the settlement conference.

IT IS FURTHER ORDERED that the parties' stipulation (ECF No. 119) to extend discovery is DENIED without prejudice for the parties to refile the stipulation with dates certain after the settlement conference is scheduled.

IT IS FURTHER ORDERED that by September 20, 2016, attorney Steven T. Jaffe must draft, circulate, and file a proposed order reflecting the court's rulings at the hearing held on August 22, 2016.  At the hearing, Mr. Jaffe was ordered to prepare a proposed order but as of today's date, the proposed order has not been filed.

IT IS SO ORDERED.

DATED: September 12, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**