# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA GARCIA HERNANDEZ, | |
| Plaintiff, | Case No. 2:14-cv-01493-JCM-CWH |
| vs. | **ORDER** |
| CASE PETER VANVEEN, et al., | |
| Defendants. | |

The parties in this case requested a settlement conference, which was scheduled before Magistrate Judge Robert A. McQuaid. (Stip. (ECF No. 121); Order (ECF No. 126).) On the same date the parties requested a settlement conference, the parties submitted a stipulation to extend discovery, which included various deadlines that would be triggered by the date of the settlement conference. (Stip. (ECF No. 119).) The court denied the stipulation to extend discovery without prejudice for the parties to refile the stipulation with dates certain after the settlement conference was scheduled. (Order (ECF No. 122).) Now that the settlement conference has been scheduled, the parties must meet and confer and file a proposed discovery plan and scheduling order that includes dates certain. The proposed discovery plan and scheduling order is due 21 days from the date of this order.

IT IS SO ORDERED.

DATED: October 27, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**