```
 1  STEVEN T. JAFFE, ESQ.
    Nevada Bar No. 007035
 2  sjaffe@lawhjc.com
    DANIEL C. TETREAULT, ESQ.
 3  Nevada Bar No. 011473
    dtetreault@lawhjc.com
 4
            HALL JAFFE & CLAYTON, LLP
 5               7425 PEAK DRIVE
            LAS VEGAS, NEVADA 89128
 6                (702) 316-4111
                FAX (702)316-4114
 7
    Attorney for Defendants
 8  Case Peter VanVeen and
    Case VanVeen dba Lazevee Farms, Inc.
 9
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA GARCIA HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CASE PETER VANVEEN, an individual;<br>CASE VANVEEN, dba LAZEVEE FARMS,<br>INC., a California corporation; DOES I<br>through V, inclusive, and ROE<br>CORPORATIONS I through V, inclusive,<br><br>　　　　　Defendants. | CASE NO.　2:14-cv-01493-JCM-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PARTIES TO FILE JOINT PRE-TRIAL ORDER (FIRST)** |

## STIPULATION AND PROPOSED ORDER

Pursuant to Local Rules 6-1 and 26-4, the parties, by and through their respective attorneys of record, stipulate and agree to extend the deadline to file the Joint Pre-Trial Order by an additional forty-five (45) days.

The Court previously ordered the Joint Pre-Trial Order to be filed within thirty (30) days following its ruling on final dispositive motions. On September 29, 2017, the Court issued its ruling on the parties' respective dispositive motions. [Doc. No. 154], thereby making the Joint Pre-Trial Order due on or before October 31, 2017.

The parties have consulted with each other regarding the process for preparing a Joint Pre-Trial

Order. The parties, however, believe that additional time is necessary to complete the Joint Pre-Trial Order due to the complexity of the case, the volume of discovery completed, and the fact that Defense counsel is currently in trial. Accordingly, the parties have agreed and stipulated to the following deadline:

Final Joint Pre Trial Order to be filed by: **December 15, 2017.**

| Dated: October 23rd 2017 | Dated: October 23rd 2017 |
|---|---|
| HALL JAFFE & CLAYTON | CHRISTIANSEN LAW OFFICES |
| /s/ Steven T. Jaffe<br>STEVEN T. JAFFE, ESQ.<br>Nevada Bar No. 007035<br>DANIEL C. TETREAULT, ESQ.<br>Nevada Bar No. 011473<br>7425 Peak Drive<br>Las Vegas, NV 89128<br>*Attorney for Defendants*<br>*Case Peter VanVeen and*<br>*Case VanVeen dba Lazevee Farms, Inc.* | /s/ Todd Terry<br>Peter S. Christiansen, Esq.<br>Todd Terry, Esq.<br>810 S. Casino Center Blvd., #104<br>Las Vegas, Nevada 89101<br><br>*Attorney for Plaintiff* |

## [PROPOSED] ORDER

In accordance with the stipulation of the parties, the Court orders as follows:

The Final Joint Pre Trial Order to be filed on or before **December 15, 2017.**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 2, 2017