STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com
DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 011473
dtetreault@lawhjc.com

HALL JAFFE & CLAYTON, LLP
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorney for Defendants*
*Case Peter VanVeen and*
*Case VanVeen dba Lazevee Farms, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA GARCIA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CASE PETER VANVEEN, an individual; CASE VANVEEN, dba LAZEVEE FARMS, INC., a California corporation; DOES I through V, inclusive, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-01493-JCM-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PARTIES TO FILE JOINT PRE-TRIAL ORDER (THIRD)** |

## STIPULATION AND PROPOSED ORDER

Pursuant to Local Rules 6-1 and 26-4, the parties, by and through their respective attorneys of record, stipulate and agree to extend the deadline to file the Joint Pre-Trial Order by an additional sixteen (16) days.

The Court previously ordered the Joint Pre-Trial Order to be filed within thirty (30) days following its ruling on final dispositive motions. On September 29, 2017, the Court issued its ruling on the parties' respective dispositive motions. [Doc. No. 154], thereby making the Joint Pre-Trial Order due on or before October 31, 2017.

On December 14, 2017, this Court approved a Stipulation between the parties to extend the time

to file the Joint Pre-Trial Order until January 15, 2018. [Doc. No. 158] The parties have a working draft and anticipate finalizing the Order by January 31, 2018. Accordingly, the parties have agreed and stipulated to the following deadline:

Final Joint Pre Trial Order to be filed by: **January 31, 2018.**

| Dated: January 12, 2017 | Dated: December 12, 2017 |
|---|---|
| HALL JAFFE & CLAYTON | CHRISTIANSEN LAW OFFICES |
| /s/ Steven T. Jaffe<br>STEVEN T. JAFFE, ESQ.<br>Nevada Bar No. 007035<br>DANIEL C. TETREAULT, ESQ.<br>Nevada Bar No. 011473<br>7425 Peak Drive<br>Las Vegas, NV 89128<br>*Attorney for Defendants*<br>*Case Peter VanVeen and*<br>*Case VanVeen dba Lazevee Farms, Inc.* | /s/ Keely Perdue<br>Peter S. Christiansen, Esq.<br>Todd Terry, Esq.<br>Keely Perdue, Esq.<br>810 S. Casino Center Blvd., #104<br>Las Vegas, Nevada 89101<br><br>*Attorney for Plaintiff* |

### [PROPOSED] ORDER

In accordance with the stipulation of the parties, the Court orders as follows:

The Final Joint Pre Trial Order to be filed on or before **January 31, 2018.**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 17, 2018

2