STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com
DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 011473
dtetreault@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorney for Defendants*
*Case Peter VanVeen and*
*Case VanVeen dba Lazevee Farms, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA GARCIA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CASE PETER VANVEEN, an individual; CASE VANVEEN, dba LAZEVEE FARMS, INC., a California corporation; DOES I through V, inclusive, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-01493-JCM-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PARTIES TO FILE JOINT PRE-TRIAL ORDER (FIFTH)** |

## STIPULATION AND PROPOSED ORDER

Pursuant to Local Rules 6-1 and 26-4, the parties, by and through their respective attorneys of record, stipulate and agree to extend the deadline to file the Joint Pre-Trial Order by an additional Twenty one (21) days.

The Court previously ordered the Joint Pre-Trial Order to be filed within thirty (30) days following its ruling on final dispositive motions. On September 29, 2017, the Court issued its ruling on the parties' respective dispositive motions. [Doc. No. 154], thereby making the Joint Pre-Trial Order due on or before October 31, 2017.

On December 14, 2017, this Court approved a Stipulation between the parties to extend the time

to file the Joint Pre-Trial Order until January 15, 2018. [Doc. No. 158] On January 31, 2018, Defendants filed a Motion to Extend the Time to File the Joint Pre-Trial Order. [Doc. No. 161]. That same day, Plaintiff's Counsel Todd Terry, Esq., agreed by electronic mail to the one week extension sought in the Motion. On January 31, 2018, the Court granted the Motion by Minute Order, moving the deadline to **February 7, 2018.** [Doc. No. 162]. Since that time, the parties have been engaged in substantive settlement negotiations to resolve this matter in its entirety. Given these discussions, and in order to avoid potentially unnecessary additional fees and costs if this matter settles, the parties stipulate to move the Deadline for the Joint Pre-Trial Order three additional weeks, or until February 28, 2018. Accordingly, the parties have agreed and stipulated to the following deadline:

Final Joint Pre Trial Order to be filed by: **February 28, 2018.**

| Dated: February 7, 2018 | Dated: February 7, 2018 |
|---|---|
| HALL JAFFE & CLAYTON | CHRISTIANSEN LAW OFFICES |
| */s/ Steven T. Jaffe* <br> STEVEN T. JAFFE, ESQ. <br> Nevada Bar No. 007035 <br> DANIEL C. TETREAULT, ESQ. <br> Nevada Bar No. 011473 <br> 7425 Peak Drive <br> Las Vegas, NV 89128 <br> *Attorney for Defendants* <br> *Case Peter VanVeen and* <br> *Case VanVeen dba Lazevee Farms, Inc.* | */s/ Keely Perdue* <br> Peter S. Christiansen, Esq. <br> Todd Terry, Esq. <br> Keely Perdue, Esq. <br> 810 S. Casino Center Blvd., #104 <br> Las Vegas, Nevada 89101 <br><br> *Attorney for Plaintiff* |

## [PROPOSED] ORDER

In accordance with the stipulation of the parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

2

The Final Joint Pre Trial Order to be filed on or before **February 28, 2018.**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 9, 2018