STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com
DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 011473
dtetreault@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorney for Defendants*
*Case Peter VanVeen and*
*Case VanVeen dba Lazevee Farms, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA GARCIA HERNANDEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>CASE PETER VANVEEN, an individual; CASE VANVEEN, dba LAZEVEE FARMS, INC., a California corporation; DOES I through V, inclusive, and ROE CORPORATIONS I through V, inclusive,<br><br>  Defendants. | CASE NO.  2:14-cv-01493-JCM-CWH<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Minute Order of July 27, 2018 following the telephonic status check on settlement, the parties respectfully submit the following Joint Status Report regarding the current status of settlement negotiations and case resolution.

It is Defendants' understanding that Plaintiff has been able to resolve the outstanding issues with third parties that Plaintiff was working to resolve in order to resolve this case. Defendants have also prepared a Settlement Agreement, which has been provided to Plaintiff for review.

///

///

///

Once the parties have an opportunity to complete the necessary settlement tasks, the parties will be in a position to submit a Stipulation and Order for Dismissal of this matter to the Court. The parties therefore request a final thirty (30) day extension in order to finalize the settlement and provide the dismissal to the Court. Therefore, the parties request an extension to submit the Stipulation and Order for dismissal of thirty (30) days, or until **October 12, 2018**.

Dated: September 13, 2018

HALL JAFFE & CLAYTON

 /s/ Steven T. Jaffe
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 011473
7425 Peak Drive
Las Vegas, NV 89128
*Attorney for Defendants*
*Case Peter VanVeen and*
*Case VanVeen dba Lazevee Farms, Inc.*

Dated: September 13, 2018

CHRISTIANSEN LAW OFFICES

 /s/ Todd Terry
Peter S. Christiansen, Esq.
Todd Terry, Esq.
Keely Perdue, Esq.
810 S. Casino Center Blvd., #104
Las Vegas, Nevada 89101

*Attorney for Plaintiff*

IT IS SO ORDERED.

DATED: September 14, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE