STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com
DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 011473
dtetreault@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorney for Defendants*
*Case Peter VanVeen and*
*Case VanVeen dba Lazevee Farms, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA GARCIA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CASE PETER VANVEEN, an individual; CASE VANVEEN, dba LAZEVEE FARMS, INC., a California corporation; DOES I through V, inclusive, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-01493-JCM-CWH<br><br>**SUPPLEMENTAL JOINT STATUS REPORT REGARDING SETTLEMENT AND DISMISSAL DOCUMENTS** |

Pursuant to this Court's Minute Order of September 17, 2018, the parties were ordered to file a Stipulation and Order by October 12, 2018. *See* Dkt. No. 178. The parties have accomplished nearly all of the outstanding issues regarding settlement. The only items that remain to be completed is for Plaintiff to review and sign the Settlement Agreement, and for the settlement check to be received by Defendants' counsel. It is counsels' understanding that Plaintiff will execute the necessary documents early next week, and that the settlement check has been issued and will be received within the next week. Upon the completion of these final steps, the parties will be prepared to file the Stipulation and Order for Dismissal.

/ / /

/ / /

As a result, the parties request until **November 2, 2018** to file these documents. The parties are cognizant of the Court's patience, and make this request out of an abundance of caution. The parties fully expect to be able to file the documents in advance of the date requested herein.

Dated: October 12, 2018

HALL JAFFE & CLAYTON

 /s/ Steven T. Jaffe
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 011473
7425 Peak Drive
Las Vegas, NV 89128
*Attorney for Defendants*
*Case Peter VanVeen and*
*Case VanVeen dba Lazevee Farms, Inc.*

Dated: October 12, 2018

CHRISTIANSEN LAW OFFICES

 /s/ Todd Terry
Peter S. Christiansen, Esq.
Todd Terry, Esq.
Keely Perdue, Esq.
810 S. Casino Center Blvd., #104
Las Vegas, Nevada 89101

*Attorney for Plaintiff*

IT IS SO ORDERED.

DATED: Oct 18, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2